UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 6:11-cr-36-GFVT-HAI-3 |
| | ) | |
| V. | ) | |
| | ) | |
| KRISTI RAE DAVIS, | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on the Recommended Disposition filed by United States Magistrate Judge Hanly A. Ingram. [R. 656.] Defendant Kristi Rae Davis is charged with two violations of her supervised release, both related to her failure to properly communicate with the United States Probation Office during her term of supervision. After presiding over Ms. Davis's initial appearance and final revocation hearing, Judge Ingram issued a Recommended Disposition as to the alleged supervised release violations. Judge Ingram recommends revocation of Ms. Davis's term of supervised release with a term of three weeks of imprisonment to follow, with release to occur on October 20, 2016. [*Id.* at 7.] Judge Ingram also recommends supervised release to expire one year from the date of release under the conditions previously imposed, with the added condition that Ms. Davis call the United States Probation Office every Tuesday and Thursday for a two month time period. [*Id.*]

Ms. Davis has not filed a waiver of allocution, nor has she filed any written objections to Judge Ingram's Recommended Disposition. Generally, this Court must make a *de novo* determination of those portions of a Recommended Disposition to which objections are made.

28 U.S.C. § 636(b)(1)(c).  When no objections are made, as in this case, the Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard."  *See Thomas v. Arn*, 474 U.S. 140, 151 (1985).  Here, the Defendant has not filed any objections, and upon review, the Court finds that Judge Ingram adequately performed the 18 U.S.C. § 3583(e) analysis.  The Magistrate's Recommended Disposition reflects a sentence that is sufficient but not greater than necessary to achieve the Court's goals, as set forth in § 3583.  Accordingly, it is hereby **ORDERED** as follows:

    1. The Recommended Disposition [R. 656] as to Defendant Kristi Rae Davis is **ADOPTED** as and for the Opinion of the Court;

    2. Defendant Davis is found to have violated the terms of her supervised release as set forth in the Report filed by the U.S. Probation Officer and the Recommended Disposition of the Magistrate Judge;

    3. Ms. Davis's supervised release is **REVOKED**;

    4. Ms. Davis is hereby sentenced to a term of imprisonment of **three (3) weeks**, including credit for the time already served, with release to occur on **October 20, 2016**;

    5. Ms. Davis's period of incarceration shall be followed by a term of supervised release to expire **one year** from the date of release.  Supervision shall be under the conditions previously imposed, with the added condition that Ms. Davis contact by telephone the United States Probation Office every Tuesday and Thursday for a two month term; and

    6. Judgment shall be entered promptly.

This the 19th day of October, 2016.

Gregory F. Van Tatenhove
United States District Judge