UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 6:11-cr-36-GFVT-HAI-3 |
| ) | |
| V. ) | |
| ) | |
| KRISTI RAE DAVIS, ) | **ORDER** |
| ) | |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the most recent Recommended Disposition filed by United States Magistrate Judge Hanly A. Ingram. [R. 666.] In October 2016, the Court considered a Recommended Disposition of Judge Ingram regarding Defendant Kristi Rae Davis's supervised release violation. Based on that violation and Judge Ingram's recommendation, the Court revoked Davis's first term of supervised release and imposed a three week period of incarceration with one year of supervised release to follow. [*See* R. 657; R. 658.] Ms. Davis was released on October 20, 2016, to begin her second term of supervised release. Unfortunately, Davis is once again charged with violating her supervised release terms. Both of the charges relate to Ms. Davis's illicit use of methamphetamine. [*See* R. 666 at 2.]

After presiding over a final revocation hearing, Judge Ingram issued his Recommended Disposition which recommends revocation of Ms. Davis's second term of supervised release; a ten month term of imprisonment; a minimum of a six month term of residence at a halfway house; and a third term of supervised release to expire two years from the date of release under the conditions previously imposed. [*Id.* at 7-8.]

Ms. Davis has not filed any written objections to Judge Ingram's Recommended Disposition.  Rather, on December 14, 2016, the Defendant through counsel filed a waiver of allocution.  [R. 667.]  Generally, this Court must make a *de novo* determination of those portions of a Recommended Disposition to which objections are made.  28 U.S.C. § 636(b)(1)(c).  When no objections are made, as in this case, the Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard."  *See Thomas v. Arn*, 474 U.S. 140, 151 (1985).  Nevertheless, upon review, the Court finds that Judge Ingram adequately performed the 18 U.S.C. § 3583(e) analysis.  The Magistrate's Recommended Disposition reflects a sentence that is sufficient but not greater than necessary to achieve the Court's goals, as set forth in § 3583, and it gives special consideration to Ms. Davis's troubled background and need for stability and drug rehabilitation.  Accordingly, it is hereby **ORDERED** as follows:

1. The Recommended Disposition [R. 666] as to Defendant Kristi Rae Davis is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Davis is found to have violated the terms of her supervised release as set forth in the Report filed by the U.S. Probation Officer and the Recommended Disposition of the Magistrate Judge;

3. Ms. Davis's supervised release is **REVOKED**;

4. Ms. Davis is hereby sentenced to a term of **imprisonment** of **ten (10) months**;

5. Ms. Davis shall, at a minimum, spend a **six (6) month** term of residence at a **halfway house,** with any additional term of residence at a halfway house to be assessed and imposed at the discretion of the United States Probation Office;

6.  A term of **supervised release** to expire **two (2) years** from Ms. Davis's date of

release shall follow. The supervised release shall be under the conditions previously imposed; and

    7. Judgment shall be entered promptly.

This the 28th day of December, 2016.

Gregory F. Van Tatenhove
United States District Judge